FILED'06 SEP 28 17:26USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEN GRIFFIN,                                )
                                            )
                  Plaintiff,                )        Case No. 06-852-ST
                                            )
            vs.                             )        ORDER
                                            )
UVEX SAFTEY MANUFACTURING,                  )
INC., a Delaware corporation, acquired by   )
and name changed to BACOU-DALLOZ            )
EYE & FACE PROTECTION, INC., a              )
Delaware corporation; BACOU-DALLOZ          )
USA SAFETY, INC., a Delaware                )
corporation, formerly known as Bacou        )
USA, Inc., a Delaware corporation by        )
merger with Uvex Safety, Inc., now known    )
as SURVIVAIRE RESPIRATORS, INC.,            )
a Delaware corporation; BACOU-DALLOZ        )
USA, INC., a Pennsylvania corporation;      )
W.W. GRAINGER, INC., an Illinois            )
corporation; and ACCURACY GRINDING          )
INC., an Oregon corporation,                )
                                            )
                  Defendants.               )

Page 1 - ORDER

Peter O. Hansen
Law Office of Peter O. Hansen
620 S.W. Fifth Avenue, Suite 1210
Portland, Oregon  97204

     Attorney for Plaintiff

Daniel Sheldon Hasson
William G. Earle
Davis Rothwell Earle & Xochihua, PC
1900 Wells Fargo Center
1300 S.W. Fifth Avenue
Portland, Oregon  97201-5604

Gary W. Harvey
Victoria A. Crawshaw
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210-1181

Kathryn Reynolds Morton
Law Offices of Andersen & Nyburg
650 N.E. Holliday
P. O. Box 4400
Portland, Oregon  97208-4400

     Attorneys for Defendants


KING, Judge:

The Honorable Stewart, United States Magistrate Judge, filed Findings and

Recommendation on August 28, 2006.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.


Page 2 - ORDER

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#16).

IT IS HEREBY ORDERED that Griffin's Motion to Remand and for Attorney Fees (#5) and Accuracy's Motion for Remand to State Court and Request for Attorney Fees (#8) are granted. The Clerk of Court is asked not to remand this action until further order of this court so that I can resolve the attorney fees issue. Defendants are ordered to file supplemental motions for fees and costs, along with appropriate supporting documents, by October 6, 2006. Plaintiffs may respond by October 13, 2006.

DATED this __28__ day of September, 2006.

GARR M. KING
United States District Judge

Page 3 - ORDER