IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| KEN GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-852-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UVEX SAFTEY MANUFACTURING, INC., a Delaware corporation, acquired by and name changed to BACOU-DALLOZ EYE & FACE PROTECTION, INC., a Delaware corporation; BACOU-DALLOZ USA SAFETY, INC., a Delaware corporation, formerly known as Bacou USA, Inc., a Delaware corporation by merger with Uvex Safety, Inc., now known as SURVIVAIRE RESPIRATORS, INC., a Delaware corporation; BACOU-DALLOZ USA, INC., a Pennsylvania corporation; W.W. GRAINGER, INC., an Illinois corporation; and ACCURACY GRINDING INC., an Oregon corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Page 1 - ORDER

Peter O. Hansen
Law Office of Peter O. Hansen
620 S.W. Fifth Avenue, Suite 1210
Portland, Oregon  97204

    Attorney for Plaintiff

Daniel Sheldon Hasson
William G. Earle
Davis Rothwell Earle & Xochihua, PC
1900 Wells Fargo Center
1300 S.W. Fifth Avenue
Portland, Oregon  97201-5604

Gary W. Harvey
Victoria A. Crawshaw
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210-1181

Kathryn Reynolds Morton
Law Offices of Andersen & Nyburg
650 N.E. Holliday
P. O. Box 4400
Portland, Oregon  97208-4400

    Attorneys for Defendants


KING, Judge:

On September 28, 2006, I adopted the Findings and Recommendations of the Honorable Janice M. Stewart and granted defendants' motions to remand to state court and for attorney fees (#5 and #8).  I asked the Clerk of the Court to delay the remand and ordered defendants to file supplemental motions for fees and costs with appropriate supporting documents.  Based on the

Page 2 - ORDER

filings, I now award defendant Accuracy Grinding, Inc. fees and costs pursuant to 28 U.S.C. § 1447(c) in the amount of $1,342. I also ask the Clerk of the Court to remand this action to Multnomah County Circuit Court for further proceedings.

    IT IS SO ORDERED.

    Dated this  18th  day of October, 2006.


                                           /s/ Garr M. King
                                           Garr M. King
                                           United States District Judge